1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   ANDREW S. MACKAY, #197074
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
5  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
6  Email: julie@donahue.com

7  Attorneys for Plaintiff
   AUTODESK, INC.

ORIGINAL FILED
SEP - 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC., a Delaware corporation,

        Plaintiff,

    v.

FLORIDA MARINE TANKS, INC., a Florida corporation,

        Defendant.

CASE NO. C09-04050 MEJ

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Plaintiff Autodesk, Inc. ("Autodesk") for its complaint against Defendant Florida Marine Tanks, Inc. ("Florida Marine Tanks") states and alleges as follows:

### JURISDICTION AND VENUE

### PARTIES

1. Autodesk is a Delaware corporation with its principal place of business in San Rafael, California.

2. On information and belief, Florida Marine Tanks is a Florida corporation, with offices in Henderson, North Carolina and Hollywood, Florida.

### JURISDICTION

3. This case contains a claim for relief for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. §§ 101, *et seq.* The Court has subject matter jurisdiction over the claim relating to copyright infringement pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a).

4. Autodesk is informed and believes and thereon alleges that Florida Marine Tanks knew, or reasonably should have known, that Autodesk is located in California, and that Florida Marine Tanks directed and aimed its unauthorized activity at Autodesk, which is located in the Northern District of California. Autodesk is informed and believes and thereon alleges that Florida Marine Tanks knew, or reasonably should have known, that Autodesk would likely suffer the brunt of the harm caused by Florida Marine Tanks in California at Autodesk's principal place of business. The complained of activities caused Autodesk to bear the brunt of the harm in California at its principal place of business in San Rafael, California within this District.

### VENUE

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(a).

### INTRADISTRICT ASSIGNMENT

6. Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

## GENERAL ALLEGATIONS

### The Business of Autodesk

7. Autodesk is in the business of developing, marketing, and licensing computer software programs recorded on various media, including among others optical disks (hereinafter referred to as "software"), for use on personal computers. Autodesk packages and distributes its software together with associated user instruction manuals (referred to herein as "reference manuals"), end-user license agreements, and other documentation.

8. Autodesk has made and continues to make a substantial investment of time, effort, and expense in the design, development, testing, manufacturing, publishing, and marketing of its computer software products.

9. Autodesk's software products include computer aided design and other design programs, such as AutoCAD® 2007 software and AutoCAD® 2008 software. These products along with their reference materials are referred to collectively hereinafter as the "Autodesk Products."

10. The Autodesk Products contain a large amount of material wholly original with Autodesk and are copyrightable subject matter under the laws of the United States.

11. At all times herein relevant, Autodesk complied in all respects with the U. S. Copyright Act, 17 U.S.C. §§ 101, *et seq.*, (the "Copyright Act") and secured the exclusive rights and privileges in and to the copyrights in the Autodesk Products. Each of the aforementioned works is an original work, copyrightable under the Copyright Act, and has been timely registered in full compliance with the Copyright Act. Autodesk has received Certificates of Registration from the Register of Copyrights for the Autodesk Products, copies of which are attached hereto as Exhibit A.

12. Since the dates of their respective registrations, the Autodesk Products have been published by Autodesk or under its authority. All copies of said items made by Autodesk or under its authority have been published in compliance with the provisions of the Copyright Act. Autodesk has thereby fully maintained the validity of the copyrights in these works.

13. Autodesk has not authorized Florida Marine Tanks to copy, reproduce, or

-2-

1 | distribute the Autodesk Products.

## The Business and Wrongful Conduct of Florida Marine Tanks

14. Autodesk is informed and believes and thereon alleges that Florida Marine Tanks is a designer, manufacturer, and seller of fuel, water, and holding tanks for the boating industry. Autodesk is informed and believes and thereon alleges that to conduct said business Florida Marine Tanks engaged in the unauthorized reproduction of the Autodesk Products onto computers located at its premises and has willfully and intentionally engaged in the conduct complained of herein.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

15. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 14 as though fully set forth herein.

16. Florida Marine Tank's acts constitute infringement of Autodesk's copyrights in the Autodesk Products in violation of the Copyright Act.

17. Autodesk is informed and believes and thereon alleges that Florida Marine Tank's reproduction of the Autodesk Products was deliberate, willful, malicious, oppressive, and without regard to Autodesk's proprietary rights.

18. Florida Marine Tanks' copyright infringement has caused, and will continue to cause, Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to, and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business reputation and goodwill, diverted its trade, and caused a loss of profits, all in an amount not yet ascertained.

19. Florida Marine Tanks' copyright infringement, and the threat of continuing infringement, has caused, and will continue to cause, Autodesk repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Florida Marine Tanks' continuing acts, and a multiplicity of judicial proceedings would be required. Autodesk's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Florida Marine Tanks. Therefore, Florida

Marine Tanks should be restrained and enjoined pursuant to the Copyright Act.

WHEREFORE, Autodesk prays for relief as hereinafter set forth below.

### SECOND CLAIM FOR RELIEF

### (Circumvention of Copyright Protection)

20. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 19 as though fully set forth herein.

21. Autodesk owns the exclusive rights and privileges in and to the copyrights in the Autodesk Products and their reference manuals.

22. The Autodesk Products contain technological measures that effectively control access to them (hereinafter collectively referred to as "Access Control Technology").

23. Autodesk is informed and believes and thereon alleges that to engage in the unauthorized use and reproduction of the Autodesk Products to conduct their business, Florida Marine Tanks used without Autodesk's authorization one or more devices and/or products to willfully and intentionally circumvent the Access Control Technology contained in the Autodesk Products.

24. Autodesk is informed and believes and thereon alleges that Florida Marine Tanks circumvented the Access Control Technology without authorization from Autodesk as alleged herein in violation of 17 U.S.C. § 1201(a).

25. Florida Marine Tanks' circumvention of the Access Control Technology in the Autodesk Products has caused, and will continue to cause, Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to, and copyrights in, the Autodesk Products and, further, has damaged Autodesk's business reputation and goodwill, diverted its trade, and caused a loss of profits, all in an amount not yet ascertained.

26. Florida Marine Tanks' circumvention of the Access Control Technology in the Autodesk Products, and the threat of continuing circumvention, has caused, and will continue to cause, Autodesk to suffer repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Florida Marine Tanks' continuing acts, and a multiplicity of judicial proceedings would be required. Autodesk's

-4-

remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Florida Marine Tanks. Therefore, pursuant to the Copyright Act, Florida Marine Tanks should be restrained and enjoined and any device or product in Florida Marine Tanks' custody or control that enabled or was involved in the circumvention should be impounded pursuant to the Copyright Act, 17 U.S.C. § 1203(b).

## PRAYER FOR RELIEF

WHEREFORE, Autodesk prays for relief as follows:

1. That, upon motion, the Court issue a preliminary injunction enjoining and restraining Florida Marine Tanks and its respective agents, servants, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Florida Marine Tanks, from:

    (a) Copying, reproducing, distributing, or using any unauthorized copies of Autodesk's copyrighted products;

    (b) Using any device or product to circumvent the Access Control Technology in any of Autodesk's copyrighted products;

    (c) Otherwise infringing any of Autodesk's copyrights;

    (d) Destroying or otherwise disposing of any hardware, software, CD-ROMs, or documents, including, but not limited to, business records that pertain to the copying, reproduction, distribution, or use of any articles infringing any of Autodesk's copyrights or that pertain to the circumvention of the Access Control Technology in the Autodesk Products;

    (e) Destroying or otherwise disposing of any copies of infringing materials pertaining to the Autodesk Products; and

    (f) Destroying any copies of any device or product used or capable of being used by Florida Marine Tanks to circumvent the Access Control Technology in the Autodesk Products;

2. That the Court upon application immediately issue an order impounding all unauthorized copies of the Autodesk Products pursuant to 17 U.S.C. § 503(a) and impounding all devices or products in Florida Marine Tanks' custody or control that enabled or were involved in

1 | the circumvention of the Access Control Technology pursuant to the Copyright Act, 17 U.S.C. § 1203(b);

3. That the Court issue a permanent injunction making permanent the orders requested in paragraphs 1(a), (b), and (c) of this Prayer for Relief;

4. That Autodesk be awarded for Florida Marine Tanks' copyright infringement either: (i) actual damages in an amount to be determined at trial, together with the profits derived from Florida Marine Tanks' unlawful infringement of Autodesk's copyrighted products; or (ii) statutory damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. § 504, at Autodesk's election before the entry of a final judgment;

5. That Autodesk be awarded for Florida Marine Tanks' unauthorized circumvention of the Access Control Technology in the Autodesk Products either: (i) actual damages in an amount to be determined at trial, together with the profits attributable to Florida Marine Tanks' circumvention of the Access Control Technology in the Autodesk Products; or (ii) statutory damages for each act of circumvention in an amount provided by law, as set forth in 17 U.S.C. § 1203(c)(3)(A), at Autodesk's election before the entry of a final judgment;

6. That the Court issue an order requiring Florida Marine Tanks to file with this Court and serve on Autodesk within thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail the manner and form in which Florida Marine Tanks has complied with the injunction;

7. That the Court issue an order upon judgment requiring Florida Marine Tanks to destroy any and all infringing copies of the Autodesk Products;

8. That the Court issue an order upon judgment requiring Florida Marine Tanks to destroy any and all devices and/or products that enabled or were involved in Florida Marine Tanks' unauthorized circumvention of the Access Control Technology in the Autodesk Products;

9. That the Court award Autodesk its reasonable attorneys' fees pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1203(b)(5);

10. That the Court award Autodesk its costs of suit incurred herein; and

///

1      11.    That the Court grant such other and further relief as it deems just and proper.

Dated: September __, 2009      DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

-7-

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-363-178**

EFFECTIVE DATE OF REGISTRATION

Month **JUN** Day **13** Year **06**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
AutoCAD 2007 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and User's Guide.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
**2006** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 9   Year ▶ 2006
United States of America   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

APPLICATION RECEIVED
JUN 13 2006
ONE DEPOSIT RECEIVED
JUN 13 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

---

EXHIBIT A

| EXAMINED BY | [signature] | | FORM TX |
|---|---|---|---|
| CHECKED BY | | | |
| ☐ CORRESPONDENCE Yes | | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼   Year of Registration ▼
TX 6-125-535                                                    2005

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
AutoCAD 2006 and User's Guide; miscellaneous licensed software.

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised software code and User's Guide.

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Donahue Gallagher Woods LLP                     DA081221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941
Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ▶ ☐ owner of exclusive right(s)
☒ authorized agent of Autodesk, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jonathan N. Osder                                      Date ▶ June 12, 2006

Handwritten signature (X) ▼ [signature]

| MAIL CERTIFI-CATE TO | Name ▼ Jonathan N. Osder, Esq.   DONAHUE GALLAGHER WOODS LLP |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 591 Redwood Highway, Suite 1200 |
| | City/State/ZIP ▼ Mill Valley, CA 94941 |

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
May 1995—300,000                                                          ☆U.S. COPYRIGHT OFFICE WWW FORM: 1995

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-576-172

EFFECTIVE DATE OF REGISTRATION

MAY 18 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
AutoCAD 2008 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼
Autodesk, Inc

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions.

NOTE
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and user's guide

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2007

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month March Day 23 Year 2007
United States of America

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk, Inc
111 McInnis Parkway
San Rafael, CA 94903

APPLICATION RECEIVED
MAY 18 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAY 18 2007
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT A

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: Previous Registration Number ▶ TX 6-363-178    Year of Registration ▶ 2006

**6 DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
AutoCAD 2007 and User's Guide, miscellaneous licensed software

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised software code and user's guide

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a. Name ▼ Donahue Gallagher Woods LLP    Account Number ▼ DA081221

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼
Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941

Area code and daytime telephone number ▶ 415-381-4161    Fax number ▶ 415-381-7515
Email ▶ jon@donahue.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Autodesk, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Jonathan N. Osder     Date ▶ May 15, 2007

Handwritten signature ▼

**9** Certificate will be mailed in window envelope to this address
Name ▼
Jonathan N. Osder, Esq.    DONAHUE GALLAGHER WOODS LLP
Number/Street/Apt ▼
591 Redwood Highway, Suite 1200
City/State/Zip ▼
Mill Valley, CA 94941

17 USC §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Full Rev 11/2006 Print 11/2006—30,000 Printed on recycled paper    U.S. Government Printing Office 2006-xx-xxx/xx