| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
| | ERIC DONEY, #76260 |
| 2 | JULIE E. HOFER, #152185 |
| | ANDREW S. MACKAY, #197074 |
| 3 | DONAHUE GALLAGHER WOODS LLP |
| | Attorneys at Law |
| 4 | 300 Lakeside Drive, Suite 1900 |
| | Oakland, California 94612-3570 |
| 5 | Telephone: (510) 451-0544 |
| | Facsimile: (510) 832-1486 |
| 6 | Email: julie@donahue.com |

Attorneys for Plaintiff
AUTODESK, INC.

**GRANTED**
*James Ware*
Judge James Ware
11/23/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO. C09-04050-JW (HRL) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT FLORIDA MARINE TANKS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| FLORIDA MARINE TANKS, INC., a Florida corporation, | [CIVIL L.R. 6-1(a)] |
| Defendant. | NO HEARING REQUIRED |

1 | Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and
2 | defendant Florida Marine Tanks, Inc., hereby stipulate that defendant Florida Marine Tanks, Inc.,
3 | shall have up to and including Monday, November 23, 2009, to answer or otherwise respond to
4 | the Complaint on file herein. The purpose of the extension is to provide the parties with an
5 | opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an
6 | extension will not have any impact on the Case Management Conference or any other scheduled
7 | dates set by the Court.

IT IS SO STIPULATED.

Dated: November 10, 2009

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: November 10, 2009

TRIPP SCOTT

By: _____
Alexander D. Brown (*pro hac vice*)
Attorneys for Defendant
FLORIDA MARINE TANKS, INC.