1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   ANDREW S. MACKAY, #197074
3  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
4  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
5  Telephone:    (510) 451-0544
   Facsimile:    (510) 832-1486
6  Email: julie@donahue.com

7  Attorneys for Plaintiff
   AUTODESK, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  AUTODESK, INC., a Delaware          CASE NO. C09-04050-JW (HRL)
    corporation,
14                                      **STIPULATION TO EXTEND TIME FOR**
                 Plaintiff,             **DEFENDANT FLORIDA MARINE**
15                                      **TANKS, INC. TO ANSWER OR**
          v.                            **OTHERWISE RESPOND TO**
16                                      **COMPLAINT; [PROPOSED] ORDER**
    FLORIDA MARINE TANKS, INC., a
17  Florida corporation,                [CIVIL L.R. 6-1]

18               Defendant.

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-1, plaintiff Autodesk, Inc. and defendant Florida Marine Tanks,

2  Inc., by and through their respective counsel, hereby stipulate that defendant Florida Marine

3  Tanks, Inc., shall have up to and including Wednesday, December 23 2009, to answer or

4  otherwise respond to the Complaint on file herein.  The purpose of the extension is to provide the

5  parties with an opportunity to discuss settlement without incurring unnecessary legal fees and

6  expenses.   The parties have filed a Stipulated Request to Continue the Case Management

7  Conference to January 18, 2010.

8         IT IS SO STIPULATED.

9  Dated: November 30 , 2009        DONAHUE GALLAGHER WOODS LLP

11                                    By: _____
12                                        Julie E. Hofer
                                          Attorneys for Plaintiff
13                                        AUTODESK, INC.

14  Dated: November 30 , 2009        TRIPP SCOTT

16                                    By: _____
                                          Alexander D. Brown (*pro hac vice*)
17                                        Attorneys for Defendant
                                          FLORIDA MARINE TANKS, INC.

18

19                                **ORDER**

20        PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  Dated: _____December 4, 2009_____     _____
                                          Hon. James Ware
22                                        United States District Court Judge

-1-