LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
ANDREW S. MACKAY, #197074
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
12/9/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLORIDA MARINE TANKS, INC., a Florida corporation,<br><br>　　　　Defendant. | CASE NO. CV 09-04050 JW (HRL)<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date: December 14, 2009<br>Requested Date: January 18, 2010<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware |

## STIPULATION

Pursuant to Civil L.R. 6-2(b) and Civil L.R. 16-2(e), plaintiff Autodesk, Inc. and defendant Florida Marine Tanks, Inc., by and through their respective counsel, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for December 14, 2009 be postponed until **January 25, 2010 at 10:00 a.m.**, and that all related dates be adjusted accordingly. The parties shall file a joint statement by **January 15, 2010.**

The parties are engaged in settlement discussions that may result in resolution of this action before January 18, 2010.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: November 25, 2009        DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: November 25, 2009        TRIPP SCOTT

By: /s/ Alexander D. Brown
Alexander D. Brown (*pro hac vice*)
Attorneys for Defendant
FLORIDA MARINE TANKS, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED

Dated: December 8, 2009        /s/ James Ware
Hon. James Ware
United States District Court Judge

-1-