| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
| | ERIC DONEY, #76260 |
| 2 | JULIE E. HOFER, #152185 |
| | ANDREW S. MACKAY, #197074 |
| 3 | DONAHUE GALLAGHER WOODS LLP |
| | Attorneys at Law |
| 4 | 300 Lakeside Drive, Suite 1900 |
| | Oakland, California 94612-3570 |
| 5 | Telephone: (510) 451-0544 |
| | Facsimile: (510) 832-1486 |
| 6 | Email: julie@donahue.com |

**IT IS SO ORDERED**
Judge James Ware
12/30/2009

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO. C09-04050-JW (HRL) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT FLORIDA MARINE TANKS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| FLORIDA MARINE TANKS, INC., a Florida corporation, | [CIVIL L.R. 6-1(a)] |
| Defendant. | NO HEARING REQUIRED |

---

STIPULATION FOR EXTENSION OF TIME | CASE No.C09-04050-JW (HRL)

Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc. and defendant Florida Marine Tanks, Inc., by and through their respective counsel, hereby stipulate that defendant Florida Marine Tanks, Inc., shall have up to and including Monday, January 4, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with an opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

IT IS SO STIPULATED.

Dated: December 29, 2009

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: December 28, 2009

TRIPP SCOTT

By: _____
Alexander D. Brown (*pro hac vice*)
Attorneys for Defendant
FLORIDA MARINE TANKS, INC.

---

-1-