LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
ANDREW S. MACKAY, #197074
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiff
AUTODESK, INC.

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware
1/19/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FLORIDA MARINE TANKS, INC., a Florida corporation,<br><br>    Defendant. | CASE NO. CV 09-04050 JW (HRL)<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Current CMC Date: January 25, 2010<br>Requested Date: March 1, 2010<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware |

## STIPULATION

Pursuant to Civil L.R. 6-2(b) and Civil L.R. 16-2(e), plaintiff Autodesk, Inc. and defendant Florida Marine Tanks, Inc., by and through their respective counsel, hereby stipulate, agree, and request that the Case Management Conference currently scheduled for January 25, 2010 be postponed until March 1, 2010 at 10:00 a.m., and that all related dates be adjusted accordingly.

The parties have tentatively agreed upon the terms of settlement and are in the process of finalizing the written agreement to memorialize those terms. Accordingly, before March 1, 2010, the parties anticipate being able to file with the Court a dismissal of this action.

This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

IT IS SO STIPULATED.

Dated: January 13th, 2010  DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: January 13th, 2010  TRIPP SCOTT

By: _____
Alexander D. Brown (*pro hac vice*)
Attorneys for Defendant
FLORIDA MARINE TANKS, INC.

IT IS SO ORDERED AS MODIFIED:

The Court continues the case management conference to **March 22, 2010 at 10:00 AM.** On or before **March 12, 2010** the parties shall file a joint statement regarding their settlement efforts or a the parties shall file a Stipulated Dismissal on or before **March 12, 2010.**

Dated: January 19, 2010

_____
United States District Judge

-1-

STIPULATED REQUEST TO CONTINUE CMC; [PROPOSED] ORDER

CASE No. C09-04050-JW (HRL)