1 LAWRENCE K. ROCKWELL, #72410
  ERIC DONEY, #76260
2 JULIE E. HOFER, #152185
  ANDREW S. MACKAY, #197074
3 DONAHUE GALLAGHER WOODS LLP
  Attorneys at Law
4 300 Lakeside Drive, Suite 1900
  Oakland, California 94612-3570
5 Telephone: (510) 451-0544
  Facsimile: (510) 832-1486
6 Email: julie@donahue.com

7 Attorneys for Plaintiff
  AUTODESK, INC.

**IT IS SO ORDERED**
Judge James Ware
2/22/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA MARINE TANKS, INC., a Florida corporation,<br><br>Defendant. | CASE NO. CV 09-04050 JW (HRL)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FLORIDA MARINE TANKS, INC.**<br><br>[FRCP 41(a)(1)(A)(i)] |

NOTICE OF DISMISSAL OF DEFENDANT WITHOUT PREJUDICE   CASE NO. C09-04050-JW (HRL)

| | |
|---|---|
| 1 | Pursuant to FRCP 41(a)(1)(A)(i), plaintiff Autodesk, Inc. ("Plaintiff"), by and through its attorneys at Donahue Gallagher Woods LLP, hereby dismisses without prejudice its complaint against defendant Florida Marine Tanks, Inc. ("Defendant"). FRCP 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not served an answer or a motion for summary judgment. Accordingly, Plaintiff hereby gives notice of dismissal without prejudice of Defendant. |

Dated: February 19, 2010         DONAHUE GALLAGHER WOODS LLP

By: /s/ Julie E. Hofer
    Julie E. Hofer
    Attorneys for Plaintiff
    AUTODESK, INC.

**IT IS SO ORDERED**

The Court terminates any remaining pending deadlines, hearings and motion. The Clerk shall close this file.

Dated: February 22, 2010

_____
United States District Judge

-1-

NOTICE OF DISMISSAL OF DEFENDANT WITHOUT PREJUDICE

CASE NO. C09-04050-JW (HRL)